IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. __**06 - CV - 02105** -ᗷn ᗷ__

OCT 2 3 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

MIKEAL STINE,

       Plaintiff,

v.

[NO NAMED DEFENDANT],

       Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Letter to the Court. He has failed to file a Prisoner

Complaint and has failed either to pay the $350.00 filing fee or to file a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted document is deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>X</u>    is not submitted
(2)   __    is missing affidavit

(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   ___    is missing required financial information

(5)   ___    is missing an original signature by the prisoner

(6)   ___    is not on proper form (must use the court's current form)

(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___    An original and a copy have not been received by the court. Only an original has been received.

(9)   _X_    other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint, Petition or Application:**

(10)   _X_    is not submitted

(11)   ___    is not on proper form (must use the court's current form)

(12)   ___    is missing an original signature by the prisoner

(13)   ___    is missing page nos. ___

(14)   ___    uses et al. instead of listing all parties in caption

(15)   ___    An original and a copy have not been received by the court. Only an original has been received.

(16)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___    names in caption do not match names in text

(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _19th_ day of _October_ _____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-02105** ~βnβ

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on _10·23-06_

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk