IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

      Plaintiff,

v.

R. WILEY, Warden ADX, Florence, CO,
SHELBY MONTGOMERY, SIS USP, Marion IL,
MS. KRIST, SIA ADX, Florence, CO,
MR. J. T. SHARTLE, Associate Warden, ADX,
MR. CHURCH, Captain ADX, Florence, CO,
MR. COLLINS, Unit Manager ADX, Florence, CO,
MR. SUDLOW, Case Manager ADX, Florence, CO, and
MS. CRUSE, Associate Warden ADX, CO,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

      THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

      ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants.  If unable to do so, the United States Marshal shall serve a

copy of the Complaint (Doc. No. 11), " 'Emergency' Motion for Temporary Restraining

Order and a Preliminary Injunction/Evidentiary Hearing Requested, With Oral

Arguments," (Doc. No. 32),  summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the Emergency Motion for Temporary Restraining Order and a Preliminary Injunction by **10:00 a.m. Tuesday, January 16, 2007.**  It is

FURTHER ORDERED that a hearing on the Emergency Motion for Temporary Restraining Order and a Preliminary Injunction shall take place on **Tuesday, January 16, 2007, at 2:30 p.m.**  Plaintiff shall be permitted to participate in the hearing via video-conference.

Dated: _January 11, 2007_

BY THE COURT:

UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 06-cv-02105-WYD-PAC

Mikeal Glenn Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Shelby Montgomery

R. Wiley, Ms. Krist,
Mr. J.T. Shartle, Mr. Church,
Mr. Collins, Mr. Sudlow,
and Ms. Cruse – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for process of service on  R. Wiley, Ms. Krist, Mr. J.T. Shartle, Mr. Church, Mr. Collins, Mr. Sudlow, and Ms. Cruse, and to The United States Attorney General, and the United States Attorney's Office: AMENDED COMPLAINT FILED 11/2/06, EMERGENCY MOTION DOCUMENT 32 FILED 1/3/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 1/11/07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk