**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   January 16, 2007
E.C.R./Reporter:      Kara Spitler

_____

Civil Action No:  **06-cv-02105-WYD-PAC**          Counsel:

**MIKEAL GLENN STINE**,                               Pro Se

                    Plaintiff,

v.

**R. WILEY, Warden ADX, Florence, CO, et**          Amy L. Padden
**al.**,                                            Deborah Locke

                    Defendants.

_____

**COURTROOM MINUTES**

_____

**HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION (continued from January 16, 2007)**

**10:11 a.m.**     Court in Session

                APPEARANCES OF COUNSEL AND PARTIES.  Mikeal Glenn Stine appears
                via video conference.

                Court's opening remarks.

                Discussion regarding testimony to be presented.

                Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction
                (#32 - 1/3/07) is raised for argument.

10:12 a.m.      Plaintiff's witness **Sean P. Williams** sworn.

                Direct examination by Plaintiff (Mr. Stine).

Judge Wiley Y. Daniel
06-cv-02105-WYD-PAC - Courtroom Minutes

| | |
|---|---|
| 10:13 a.m. | Witness is excused. |
| | Plaintiff's oral motion for sequestration of witnesses. |
| **ORDERED:** | Plaintiff's oral motion for sequestration of witnesses is **GRANTED.** |
| 10:14 a.m. | Plaintiff's witness **Christopher Harvey** sworn. |
| | Direct examination by Plaintiff (Mr. Stine). |
| 10:26 a.m. | Cross examination by Defendants (Ms. Padden). |
| 10:31 a.m. | Re-Direct examination by Plaintiff (Mr. Stine). |
| 10:32 a.m. | Court's examination of witness. |
| 10:35 a.m. | Re-Direct examination by Plaintiff continues (Mr. Stine). |
| 10:36 a.m. | Court's examination of witness continues. |
| **10:37 a.m.** | Court in Recess |
| **10:54 a.m.** | Court in Session |
| | Plaintiff's witness **Tony Edward Goff** sworn. |
| | Direct examination by Plaintiff (Mr. Stine). |
| 11:07 a.m. | Cross examination by Defendants (Ms. Padden). |
| 11:08 a.m. | Re-Direct examination by Plaintiff (Mr. Stine). |
| 11:10 a.m. | Court's examination of witness. |
| 11:12 a.m. | Re-Direct examination by Plaintiff continues (Mr. Stine). |
| 11:13 a.m. | Re-Cross examination by Defendants (Ms. Padden). |
| 11:15 a.m. | Statement by Plaintiff requesting the Court to take judicial notice (Mr. Stine). |
| 11:18 a.m. | Plaintiff's witness **Mikeal Glenn Stine** sworn. |

Judge Wiley Y. Daniel
06-cv-02105-WYD-PAC - Courtroom Minutes
_____

|  | Statement giving testimony by Plaintiff (Mr. Stine). |
| 11:40 a.m. | Cross examination by Defendants (Ms. Padden). |
| **11:51 a.m.** | Court in Recess |
| **11:57 a.m.** | Court in Session |
|  | Defendants' witness **Mark Collins** sworn. |
|  | Direct examination by Defendants (Ms. Padden). |
| 11:58 a.m. | Court's examination of witness. |
| **12:11 p.m.** | Court in Recess |
| **1:50 p.m.** | Court in Session |
|  | Defendants' witness **Mark Collins** resumes. |
|  | Direct examination by Defendants continues (Ms. Padden). |
| 1:55 p.m. | Cross examination by Plaintiff (Mr. Stine). |
|  | *EX ID:*          *4* |

**Exhibit/s 4, 5 RECEIVED.**

| 2:18 p.m. | Defendants' witness **Dianna Krist** sworn. |
|  | Direct examination by Defendants (Ms. Padden). |
| 2:23 p.m. | Cross examination by Plaintiff (Mr. Stine). |
|  | *EX ID:*          *4* |
| 2:39 p.m. | Defendant rests |
| 2:39 p.m. | Argument by Plaintiff (Mr. Stine). |
| 2:52 p.m. | Argument by Defendants (Ms. Padden). |
|  | Court makes findings. |

Judge Wiley Y. Daniel
06-cv-02105-WYD-PAC - Courtroom Minutes

**ORDERED:**     Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (#32 - 1/3/07) is **DENIED.**

3:04 p.m.     Statement by Plaintiff that he is willing to dismiss defendants, Shelby Montgomery, Church, Collins, Sudlow, and Cruse.

**ORDERED:**     Defendants, Shelby Montgomery, Mr. Church, Mr. Collins, Mr. Sudlow, and Mr. Cruse are **DISMISSED.**

**3:06 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  3:48**