IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02105-WYD-PAC

MIKEAL STINE,

        Plaintiff,

v.

R. WILEY, Warden, ADX, Florence, CO,
SHELBY MONTGOMERY, SIS USP, Marion, IL,
MS. KRIST, SIA ADX, Florence, CO,
MR. J.T. SHARTLE, Associate Warden, ADX,
MR. CHURCH, Captain, ADX, Florence, CO,
MR. COLLINS, Unit Manager, ADX, Florence, CO,
MR. SUDLOW, Case Manager, ADX, Florence, CO,
MS. CRUSE, Associate Warden, ADX, CO,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Daniel,  Judge

    Plaintiff submitted  a Notice of Appeal on January 29, 2007 .  The court has

determined that the document  is deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.**
       **§ 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      __    is missing affidavit
      __    is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing
      __    is missing required financial information

1

__    is missing an original signature by the prisoner
__    is not on proper form (must use the court's current form)
__    other_____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above within 30 days

from the date of this order.  Any papers that Plaintiff filed in response to this order must

include the civil action number on this order.  It is

    FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a

copy of this order, an original and one copy of the following forms:  Motion and Affidavit

for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.

It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

within 30 days from the date of this order, the court of appeals will be so notified.

    Dated:  January 30, 2007

                    BY THE COURT:


                    s/ Wiley Y. Daniel_____
                    Wiley Y. Daniel
                    U. S. District Judge