IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

      Plaintiff(s),

v.

R. WILEY, Warden, ADX, Florence, CO;
SHELBY MONTGOMERY, SIS USP, Marion, IL;
MS. KRIST, SIA ADX, Florence, CO;
MR. J.T. SHARTLE, Associate Warden, ADX;
MR. CHURCH, Captain ADX, Florence, CO:
MR. COLLINS, Unit Manager ADX, Florence, CO:
MR. SUDLOW, Case Manager ADX, Florence, CO;
MS CRUSE, Associate Warden ADX, CO;

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that plaintiff's motion to require defendants to make photocopies is **DENIED.**  Plaintiff submitted his tendered Amended Complaint on February 5, 2007 with attached exhibits.   It is

      **FURTHER ORDERED** that plaintiff's motion (Doc. #83) for the court to direct  the U.S. Marshal's Service or the FBI to assist plaintiff in making a citizen's arrest at the prison is **DENIED.**

Dated:  February 7, 2007