IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

R. WILEY / Warden, ADX, Florence, CO;
JOHN T. SHARTLE /AW ADX - Florence, CO;
MS. KRIST /SIA /ADX - Florence, CO

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Dismiss Pending Motions: Strike Pending Documents (Doc. #91), filed February 16, 2007, is **DENIED AS MOOT**.  The documents which plaintiff seeks to dismiss or strike are no longer pending.

    Plaintiff is further advised that his Amended Complaint was filed on February 8, 2007.

Dated:  February 20, 2007