IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff,

v.

R. WILEY, Warden, ADX, Florence, CO; et al.

    Defendants.

_____

**ORDER**

_____

THIS MATTER is before the Court on *pro se* Plaintiff's pleading styled "Affidavit and Exhibit Proving Allegations," filed January 29, 2007 (docket #76).  The Court will construe this pleading as a motion for reconsideration of this Court's Order denying Plaintiff's Emergency Motion for Temporary Restraining Order and a Preliminary Injunction, entered January 24, 2007.

"Prior to entry of final judgment, district courts have the inherent power to alter or amend interlocutory orders."  *Nat. Business Brokers, Ltd. v. Jim Williamson Productions, Inc.*, 115 F. Supp. 2d 1250, 1255 (D. Colo. 2000).  To succeed on a motion for reconsideration, the party seeking reconsideration must show a manifest error of law or fact or present newly discovered evidence.  *Nat. Business Brokers*, 115 F.Supp. 2d at 1255 (quotation and internal quotation marks omitted).

I have reviewed Plaintiff's motion for reconsideration and find it to be without

merit. In order to establish an Eight Amendment claim for failure to protect an inmate from harm by other inmates, a plaintiff must show "that he is incarcerated under conditions posing a substantial risk of serious harm . . . and that the prison official was deliberately indifferent to his safety." *Smith v. Cummings*, 445 F.3d 1254, 1258 (10th Cir. 2006). The allegations in Plaintiff's motion for reconsideration concerning alleged threats from BOP staff are unsupported and do not demonstrate that Plaintiff is incarcerated under conditions posing a substantial risk of serious harm from other inmates or BOP staff. I find that the circumstances under which Plaintiff is currently incarcerated do not give rise to a substantial risk of serious harm, or place him in imminent danger of serious harm such that he would be entitled to the relief sought in the motion. Therefore, it is hereby

ORDERED that Plaintiff's pleading styled "Affidavit and Exhibit Proving Allegations," filed January 29, 2007 (docket #76) is **DENIED**.

Dated: March 6, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge