IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

R. WILEY / Warden, ADX, Florence, CO;
JOHN T. SHARTLE /AW ADX - Florence, CO;
MS. KRIST /SIA /ADX - Florence, CO

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiff's Motion for Transcript of Hearing for TRO and Preliminary Injunction 1-16-07 through 1-19-07 (Doc. #101), filed February 26, 2007, is **DENIED WITHOUT PREJUDICE.** On March 5, 2007, the District Judge issued an Order Denying [Plaintiff] Leave to Proceed on Appeal Pursuant to 28 U.S.C. §1915 and Fed.R.App. 24 (Doc. #105).  Plaintiff must therefore file a motion in the Tenth Circuit Court of Appeals to proceed on appeal in forma pauperis.  *See* Fed.R.App. 24(a)(5).  If plaintiff obtains leave from the Tenth Circuit to proceed on appeal in forma pauperis, he may renew his motion for a transcript.   It is

    FURTHER **ORDERED** that Defendants' Motion to Stay Discovery and for a Protective Order (Doc. #106), filed March 6, 2007, is **GRANTED** as follows: A Scheduling Conference is set for April 12, 2007. The parties shall not engage in any discovery until after the Scheduling Conference is held. *See* D.C.COLO.LCivR 16.1 and 16.2; Fed.R.Civ.P. 26(a)(1)(E)(iii).  Accordingly, defendants are not required to respond to written discovery requests served by plaintiff on February 20, 2007. It is

    FURTHER **ORDERED** that plaintiff's Request for Conference Hearing and Order at Conclusion of Hearing (Doc. #109), filed March 9, 2007, is **granted in part and denied in part**, as follows: Plaintiff will attend the April 12, 2007 Scheduling Conference by telephone and will have the opportunity to raise his issues with the court at that time. The

court will enter appropriate orders at the conclusion of the Conference. Plaintiff's requests to participate at the Scheduling Conference via video-conferencing, and for the court to order that his correctional counselor and unit manager also appear at the Conference via video-conferencing, or otherwise, are denied.

Dated: March 12, 2007