IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

R. WILEY / Warden, ADX, Florence, CO;
JOHN T. SHARTLE /AW ADX - Florence, CO;
MS. KRIST /SIA /ADX - Florence, CO

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiff's response to Defendants' Motion to Dismiss (Doc. #129), filed March 27, 2007, is due **on or before May 1, 2007**.  It is

    FURTHER **ORDERED** that plaintiff's Motion for Default Judgment (Doc. #133), filed March 30, 2007, is **DENIED**.  It is

    FURTHER **ORDERED** that plaintiff's Motion for Writ of Ad Testificandum (Doc. #123), filed March 21, 2007, is **DENIED**.  The April 12, 2007 Scheduling Conference is not an evidentiary hearing.  It is

    FURTHER **ORDERED** that plaintiff's Motion for Appointment of Counsel (Doc. #116), filed March 15, 2007, is **DENIED WITHOUT PREJUDICE**, pending a ruling on the Defendants' Motion to Dismiss.

Dated:  April 2, 2007