IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02105-WYD-PAC

MIKEAL GLENN STINE,

    Plaintiff(s),

v.

R. WILEY / Warden, ADX, Florence, CO;
JOHN T. SHARTLE /AW ADX - Florence, CO;
MS. KRIST /SIA /ADX - Florence, CO

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that plaintiff's motion asking the court to prevent defendant Wiley from denying him access to the courts and to send plaintiff a photo copy of each envelope that he has mailed to the court (Doc. #121), filed March 21, 2007, is **DENIED.** Plaintiff contends that Defendant Warden Wiley has directed prison staff not to accept plaintiff's outgoing legal mail. However, the docket in this case reflects that plaintiff has filed four documents with the court since he filed Doc. 121.

Dated: April 10, 2007