# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge O. Edward Schlatter

**Civil Action No.: 06-cv-02105-WYD-PAC**         **FTR** - Reporter Deck - Courtroom A-501
**Date:**   May 01, 2007                          Courtroom Deputy, Ellen E. Miller

---

MIKEAL STINE,                                      Pro Se
#55436-098

    **Plaintiff(s),**

v.

R. WILEY, *et al*                                  Amy L. Padden

    **Defendant(s).**

---

## COURTROOM MINUTES / MINUTE ORDER
---

**HEARING:  PRELIMINARY SCHEDULING CONFERENCE / MOTIONS HEARING**
**Court in Session:**   10:50 a.m.
Court calls case.   Appearance of defense counsel.   Telephonic appearance of *Pro Se* Plaintiff.

Opening statements by the Court.   Discussion is held.

**It is ORDERED:**   Defendants' Wiley, Shartle, and Krist  MOTION TO DISMISS (Docket No. **129,** Filed March 27, 2007) is **HELD IN ABEYANCE**

**It is ORDERED:**   Defendants' Wiley, Shartle, and Krist  MOTION TO STAY DISCOVERY AND FOR A PROTECTIVE ORDER (Docket No. **146,** Filed April 09, 2007) is **GRANTED** for the reasons set forth on the record.

**It is ORDERED:**   ALL Discovery is STAYED pending decision on the Motion to Dismiss. A Scheduling Conference will be set if necessary after the Motion to Dismiss is decided.

*06-cv-02105-WYD-PAC*
*Motions Hearing*
*May  01,  2007*

**It is ORDERED:**   Plaintiff's   MOTION   FOR   EVIDENTIARY   HEARING   AND   RENEWED  MOTION  FOR  APPOINTMENT OF COUNSEL ... (Docket No.  **151,** Filed  April 13, 2007)  is  **DENIED**  in its entirety    for the  reasons set forth on the record.

The Court notes that if the case survives the Motion to Dismiss, the Plaintiff's request for appointment of counsel may be re-addressed.

**It is ORDERED:**   Plaintiff's  MOTION  TO  STAY  (Docket No.  **152,** Filed April 17, 2007)  is    **DENIED** in its entirety    for the  reasons set forth on the record.

**It is ORDERED:**   Plaintiff's  MOTION  FOR  PROTECTIVE  ORDER ;  MOTION  TO   STAY ...  (Docket No.  **153,**  Filed April 17, 2007)   is   **DENIED** in its entirety    for the  reasons set forth on the record.

**It is ORDERED:**   Plaintiff's   MOTION  TO   ADD   SUPPLEMENT EXHIBITS TO   MOTION   FOR  EVIDENTIARY  HEARING   AND    RENEWED   MOTION  FOR   APPOINTMENT  OF  COUNSEL   WITH   EXTRAORDINARY  CIRCUMSTANCES  (Docket No.  **163,** Filed April 25, 2007)  is  **DENIED**  in its entirety   for the  reasons set forth on the record.

**It is ORDERED:**   Plaintiff's  MOTION  FOR  TEMPORARY RESTRAINING ORDER;  MOTION  FOR  PRELIMINARY  INJUNCTION;  MOTION  FOR  EVIDENTIARY   HEARING  (Docket No.  **167,** Filed April 30, 2007) is  **DENIED**  in  its  entirety     for the  reasons set forth on the record.

Discussion is held regarding the motion Plaintiff has filed regarding "..Interference with Access to Courts..."
Comments by Ms. Padden.   The Court notes Mr. Stine demonstrates  access by the filing of his motions, responses, and  supplements.

*06-cv-02105-WYD-PAC*
*Motions Hearing*
*May  01,   2007*

**It is ORDERED:**   Plaintiff's    Motion regarding    "DIRECT AND INTENTIONAL INTERFERENCE WITH ACCESS TO COURTS..." (Docket No. **171,** Filed May 01, 2007)  is  **DENIED**  in its entirety   for the  reasons set forth on the record.

HEARING CONCLUDES.

**Court in recess:**   11:30   a.m.
Total In-Court Time:     00:40