IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02105-WYD-PAC

MIKEAL STINE,

        Plaintiff,

v.

R. WILEY, Warden, ADX, Florence, CO,
SHELBY MONTGOMERY, SIS USP, Marion, IL,
MS. KRIST, SIA ADX, Florence, CO,
MR. J.T. SHARTLE, Associate Warden, ADX,
MR. CHURCH, Captain, ADX, Florence, CO,
MR. COLLINS, Unit Manager, ADX, Florence, CO,
MR. SUDLOW, Case Manager, ADX, Florence, CO,
MS. CRUSE, Associate Warden, ADX, CO,

        Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on *pro se* Plaintiff Mikeal Glenn Stine's Motion to Dismiss Case, filed May 4, 2007 (docket #174). In the motion, Plaintiff requests that I dismiss this case. I will construe the motion as a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Upon review of the motion and file in this matter, I find that this case should and hereby is **DISMISSED WITHOUT PREJUDICE**, and this case is closed. Plaintiff is instructed not to file any additional documents or motions in this case.

1

Dated: May 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge