UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02105-WYD-PAC

MIKEAL STINE,

                Plaintiff,

v.

R. WILEY, Warden, ADX, Florence, CO, et al.,

                Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

On June 15, 2009, Plaintiff Mikeal Stine filed a document [doc. #182] in this case, which was dismissed without prejudice on May 9, 2007 pursuant to Plaintiff's motion for voluntary dismissal. In the filing, Plaintiff requests that the document be sealed for security reasons. Because the subject matter of the letter concerns Defendants thus requiring certification under D.C.COLO.LCivR 7.1, the Clerk of the Court shall serve Docket #182 on counsel for Defendants. However, Plaintiff's request to seal is **GRANTED** and Docket #182 is **SEALED**.

Further, because this case is closed and this document does not relate to the merits of this case, Docket #182 is **STRICKEN**. In addition, the letter filed by Philip Green on June 17, 2009 [doc. #184] is **STRICKEN** for the same reasons. Plaintiff is directed not to submit any further related filings in this case or to have anyone submit any related filings on his behalf in this case.

Dated:  June 23, 2009