UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02105-WYD-PAC

MIKEAL STINE,

        Plaintiff,

v.

R. WILEY, Warden, ADX, Florence, CO, et al.,

        Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's request to seal contained in Docket #188, filed June 25, 2009, is **GRANTED** and Docket #188 is sealed. However, because the subject matter of the filing concerns Defendants thus requiring certification under D.C.COLO.LCivR 7.1, the Clerk of the Court shall serve Docket #182 on counsel for Defendants. Furthermore, for the reasons noted in my Minute Order of June 23, 2009 [doc. #185], Docket #188 is **STRICKEN**. Plaintiff is again directed not to submit any further related filings in this case or to have anyone submit any related filings on his behalf in this case.

    Dated:  July 7, 2009.