UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   06-cv-02105-WYD-KLM

MIKEAL STINE,

     Plaintiff,

v.

R. WILEY, Warden, ADX, Florence, CO;
MS. KRIST, SIA ADX, Florence, CO; and,
MR. J.T. SHARTLE, Associate Warden, ADX,

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on plaintiff, Mikeal Stine's, Verified Motion To Reopen Case Pursuant To Rule 60(b) Fed. R. Civ. P. / Request Expedited Consideration And Evidentiary Hearing [ECF No. 213] and Verified Emergency Motion For TRO / And Or Preliminary Injunction / Evidentiary Hearing Requested Due To Imminent Danger [ECF No. 215].

     On August 10, 2010, Magistrate Judge Mix issued a Recommendation [ECF No. 203] regarding Stine's previous Motion To Reopen [ECF No. 198].  Magistrate Judge Mix recommended that the motion be denied.  On September 1, 2010, I issued an Order [ECF No. 211] in which I affirmed and adopted the Recommendation [ECF No. 203].  In that same Order [ECF No. 211], I struck from the record seven documents filed by Stine and stated that "the clerk's office is **DIRECTED** to **NOT** accept any further filings in this case consistent with the Court's prior Orders [ECF No[s.] 177, 185, & 190]." ECF No. 211, p. 3.  Thus, on four previous occasions, I ordered Stine not to file any further documents or motions in this action.  Pursuant to my directive in the four previous Orders [ECF Nos. 177, 185, 190, & 211], it is

     ORDERED that Stine's motions [ECF Nos. 213 & 215] are **STRICKEN** from the record.  It is

     FURTHER ORDERED that the Clerk's Office **SHALL NOT ACCEPT** any future filings from plaintiff, Mikeal Stine, in this action.

     Dated:  December 11, 2013.